# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 22, 2014

149291

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SCOTT A. CHERNICH, as Chapter 7
Bankruptcy Trustee for FRANK SALO,
        Plaintiff-Appellee,

v

                                      SC: 149291
                                        COA: 314514

KROGER COMPANY and KROGER
COMPANY OF MICHIGAN,
        Defendants-Appellants.

                                       Ingham CC: 12-000025-NO

_____/

      On order of the Court, the application for leave to appeal the April 1, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2014



                                Clerk

p1015